## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARTIN J. WALSH, Secretary of Labor, United States Department of Labor,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TARA CONSTRUCTION, INC., and PEDRO PIREZ,<br><br>　　　　　Defendants. | Case No. 19-CV-10369-AK |

## VERDICT FORM

*You must complete Part One and Part Two.*

## PART ONE

*You must answer Questions 1 and 2 on this page.*

### SECTION 11(C) OF THE OCCUPATIONAL HEALTH AND SAFETY ACT

1. Do you find, by a preponderance of the evidence that Defendant Tara Construction, Inc., retaliated against José Martín Paz Flores (Mr. Paz)?

    Yes: ✓     No: _____

2. Do you find, by a preponderance of the evidence that Defendant Pedro Pirez retaliated against José Martín Paz Flores (Mr. Paz)?

    Yes: ✓     No: _____

*If you answered "Yes" to Question 1 and/or answered "Yes" to Question 2, you must also answer Questions 3, 4, and 5 on this page. If you answered "No" to Questions 1 and 2, skip the rest of this page and go to Part Two.*

### EMOTIONAL DISTRESS DAMAGES

3. What amount of damages do you find will reasonably compensate Mr. Paz for the emotional distress caused by Defendants' conduct?

    $ __50,000__

### PUNITIVE DAMAGES

4. What amount of punitive damages, if any, have you determined is appropriate to punish and deter Defendant Tara Construction, Inc., and others like it from committing similar acts in the future?

    $ __200,000__

5. What amount of punitive damages, if any, have you determined is appropriate to punish and deter Defendant Pedro Pirez and others like him from committing similar acts in the future?

    $ __400,000__

*Continue to Part Two on the next page*

## PART TWO – SIGNATURE

*Have the foreperson sign and date this form and notify the Marshal that you have reached a verdict. Your verdict will then be returned to the Court.*

██████████████████████████                     6/21/22
**Foreperson's Signature**                          **Date**